**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KURT GODDARD, et al.,

    Plaintiffs,

v.                                            Case No. 07-CV-10608-DT

FOREST DUNES MANAGEMENT, LLC, et al.,

    Defendants.
_____/

## ORDER STAYING FORMAL DISCOVERY

On July 16, 2007, the parties appeared for a scheduling conference in the above-referenced case. Two defendants, Forest Dunes Management, L.L.C. and NHGC Recreational Management Corporation, f/k/a Total Golf Management, Inc., recently filed for bankruptcy and an automatic stay is in place with respect to any proceedings against them.

The court has discussed with the parties, and will order, a limited-duration stay of proceedings with respect to all parties, combined with a modified discovery schedule as agreed by the parties and set forth below, followed by a conference in four weeks. During those four weeks, the court understands that Plaintiffs will attempt to persuade the bankruptcy court(s) to permit discovery of Forest Dunes Management, L.L.C. and NHGC Recreational Management Corporation, f/k/a Total Golf Management, Inc. Accordingly,

IT IS ORDERED that formal discovery is STAYED for four weeks from today's

date and until further order of the court.[1]

IT IS FURTHER ORDERED that parties other than those in bankruptcy shall proceed with initial disclosures in accordance with Federal Rule of Civil Procedure 26(a).

IT IS FURTHER ORDERED that on **August 13, 2007 at 2:00 p.m.**, the court will initiate a telephone conference with the parties in order to further discuss the effects of the bankruptcy proceedings and to develop an appropriate course of action with respect to discovery.

                                                    s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 18, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 18, 2007, by electronic and/or ordinary mail.

                                                  s/Lisa G. Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522

---

[1] The parties should note that this stay will continue in the event that the August 13 conference is extended, and that it will be lifted only with the filing of a scheduling order. Further, as the court also discussed with the parties, there is a possibility of a blanket stay and administrative closure of this case during the pendency of bankruptcy proceedings.